## Bremer *v.* Bremer, Appellant.

Argued January 17, 1964.   Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

reargument re-
fused April 17, 1964.

*Paul W. Lunkenheimer,* with him *E. E. Lippincott,
II,* and *Lippincott and Donaldson,* for appellant.

*J. Edward Goff,* with him *Malcolm B. Petrikin,* and
*Chadwick, Petrikin, Smithers & Ginsburg,* for appel-
lee.

OPINION PER CURIAM, March 17, 1964:
Order affirmed.